UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MURGUIA,<br><br>Defendant. | No. CR 20-CR-2098-DMS<br><br>**ORDER CONTINUING SURRENDER DATE TO JUNE 11, 2021 AT 12:00 P.M.** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AS FOLLOWS:

Defendant Anthony Murguia's *ex parte* application to continue his surrender date is GRANTED. Mr. Murguia shall surrender to the United States Marshals or to a designated Bureau of Prisons Facility by 12:00 p.m. on June 11, 2021.

**IT IS SO ORDERED.**

Dated: May 18, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court